# Unclaimed Funds

Entered 6/25/2013 to 6/25/2013

| Case No./Cred No. | Creditor | Amount | Entered |
|---|---|---:|---|
| 99-43232 -hjb<br>7350967 | OKLAHOMA SOUND COMPANY<br>599 INDUSTRIAL AVE<br>PARAMUS NJ 07652<br>07652 | 92.73 | 06/25/2013 |
| 99-43232 -hjb<br>7649526 | NASHUA CORP<br>44 FRANKLIN ST<br>NASHUA NH 03061<br>03061 | 15,337.17 | 06/25/2013 |
| 99-43232 -hjb<br>7351258 | Z-INTERNATIONAL<br>CO MARC TARCHALA<br>110 EAST 16TH AVE<br>NORTH KANSAS CITY MO 64116<br>64116 | 2,852.05 | 06/25/2013 |
| 99-43232 -hjb<br>7351092 | SKIP DUNN SALES<br>162 WASHINGTON AVENUE<br>NEW ROCHELLE NY 10801<br>10801 | 163.45 | 06/25/2013 |
| 99-43232 -hjb<br>7649531 | LABELON<br>CO JANET STAPLETON<br>10 CHAPIN STREET<br>CANANDAIGUA NY 14424<br>14424 | 10,324.39 | 06/25/2013 |
| 99-43232 -hjb<br>7350996 | PLAN HOLD<br>CO CUSTOMER SERVICECREDIT<br>17421 VON KARMAN AVE<br>IRVINE CA 92714-6293<br>92714-6293 | 6,387.70 | 06/25/2013 |
| 99-43232 -hjb<br>7351138 | SUPERIOR COFFEE & FOODS<br>PO BOX 93354<br>CHICAGO IL 60673<br>60673 | 1,924.82 | 06/25/2013 |
|  |  | 27.98 | 06/25/2013 |

| Case | Debtor | Amount | Date |
|---|---|---:|---|
| 99-43232 -hjb<br>7350735 | GOEBELS OIS & FURN<br>ATTN: GAVIN GOEBEL<br>840 KLAMATH AVENUE<br>KLAMATH FALLS OR 97601<br>97601 | | |
| 99-43232 -hjb<br>7650120 | PENCIL PORT INC<br>ATTN: LINDA BARICHIC<br>PO BOX 36<br>NEWPORT OR 97365<br>97365 | 15.30 | 06/25/2013 |
| 99-43232 -hjb<br>7351125 | STEBCO PRODUCTS CORP<br>CO LEE MILLAR<br>33 MURRAY HILL DRIVE<br>NANUET NY 10954<br>10954 | 5,399.04 | 06/25/2013 |
| 99-43232 -hjb<br>7350395 | ACCTECH<br>PO BOX 547<br>NANUET NY 10954<br>10954 | 608.18 | 06/25/2013 |
| 99-43232 -hjb<br>7351201 | ULTIMATE STYLE AGENDA<br>C/O ACCOUNTS RECEIVABLE<br>9608 E RUSH STREET<br>S EL MONTE, CA 91733<br>91733 | 53.95 | 06/25/2013 |
| 99-43232 -hjb<br>7350518 | BOONE INTERNATIONAL<br>CO ROCHELLE GUIDON<br>229 NORTH SHERMAN AVE<br>CORONA CA 91720<br>91720 | 46.12 | 06/25/2013 |
| 99-43232 -hjb<br>7350407 | ADLEROLIVETTI OFFICE USA<br>ATTN: ALAN ROBBINS<br>PO BOX 6945<br>BRIDGEWATER NJ 08807<br>08807 | 356.19 | 06/25/2013 |
| 99-43232 -hjb<br>7351260 | ZEBRA PEN CORP<br>CO BRIAN KERRIGAN<br>105 NORTHFIELD AVENUE<br>EDISON NJ 8837<br>8837 | 1,813.11 | 06/25/2013 |
| | | 16,838.83 | 06/25/2013 |

| Case | Claimant | Amount | Date |
|---|---|---|---|
| [99-43232 -hjb](#) 7351175 | TIFFANY OFFICE FURNITURE<br>CO MARY MCKASKLE<br>PO BOX 7000<br>CONWAY AR 72032<br>72032 | | |
| [99-43232 -hjb](#) 7350680 | EVERSHARP PEN COMPANY<br>CO TODD MARSHALL<br>9240 WEST BELMONT AVE<br>FRANKLIN PARK IL 60131<br>60131 | 531.59 | 06/25/2013 |
| [99-43232 -hjb](#) 8285395 | CDS SUPPLY COMPANY, INC.<br>C/O MICHAEL P. FALZONE, ESQ.<br>HIRSCHLER, FLEISCHER, WEINBERG<br>P.O. BOX 500<br>RICHMOND, VA 23218-0500<br>23218-0500 | 487.71 | 06/25/2013 |
| [99-43232 -hjb](#) 7350985 | PEN-TAB INDUSTRIES INC<br>CO NAT SALES MAN: TED GRAZIANO<br>167 KELLEY DRIVE<br>FRONT ROYAL VA 22630<br>22630 | 1,475.65 | 06/25/2013 |
| [99-43232 -hjb](#) 7351180 | TLM INDUSTRIES<br>71 VALLEY STREET<br>SOUTH ORANGE NJ 7079<br>7079 | 640.84 | 06/25/2013 |
| [99-43232 -hjb](#) 7350873 | MEAD-HATCHER INC<br>CO ELIZABETH J KOGLER<br>752 MILITARY ROAD<br>BUFFALO NY 14216<br>14216 | 963.01 | 06/25/2013 |
| [99-43232 -hjb](#) 7350619 | CORPORATE STAFFING SOLUTIONS<br>180 WESTFIELD STREET<br>WEST SPRINGFIELD MA 01089<br>01089 | 138.46 | 06/25/2013 |
| [99-43232 -hjb](#) 7350523 | BPI BUDGET PANELS INC/BPI INC<br>CO GINA ROBERTS<br>21606 86TH PLACE SOUTH BLDG D<br>KENT WA 90831<br>90831 | 52,338.71 | 06/25/2013 |
| | | 243.74 | 06/25/2013 |

| Case | Name/Address | Amount | Date |
|---|---|---|---|
| 99-43232 -hjb 7350431 | AMERICAN GLUE<br>CO NANCY ALEGRIA<br>1937B OAK PARK BLVD<br>PLEASANT HILL CA 94523<br>94523 | | |
| 99-43232 -hjb 7351236 | VU-MAX FILE SYSTEMS INC<br>CO CHARLOTTE<br>PO BOX 181<br>SPRING LAKE MI 49456<br>49456 | 964.25 | 06/25/2013 |
| 99-43232 -hjb 7650233 | BELL ATLANTIC<br>METRO-BACC<br>185 FRANKLIN ST<br>ROOM 100<br>BOSTON MA 02110-1585<br>02110-1585 | 147.72 | 06/25/2013 |
| 99-43232 -hjb 7650234 | THE STATE OF OHIO<br>BANKRUPTCY UNIT<br>REVENUE AND RECOVERY SECTION<br>101 EAST TOWN STREET<br>COLUMBUS OH 43215-5148<br>43215-5148 | 616.58 | 06/25/2013 |
| 99-43232 -hjb 7351074 | SELECT OFFICE SUPPLY<br>ATTN: ROBERT REHFELDT<br>PO 2154<br>LOVES PARK IL 61130<br>61130 | 18.39 | 06/25/2013 |
| 99-43232 -hjb 7350538 | BTE INCREDI-TAG<br>PO BOX 3239<br>SEAL BEACH CA 90740<br>90740 | 1,197.92 | 06/25/2013 |
| 99-43232 -hjb 7351189 | TRIUMPH COMM & FIBER SERVICES<br>500 FIFTH AVENUE<br>NEW YORK NY 10110<br>10110 | 230.88 | 06/25/2013 |
| 99-43232 -hjb 7351086 | SHUBERTS INC<br>ATTN: ANGELA SANDUSKY<br>214 WEST 9TH<br>COFFEYVILLE KS 67337<br>67337 | 955.61 | 06/25/2013 |

| | | | |
|---|---|---|---|
| [99-43232 -hjb](#) 7350659 | DYER OFFICE CONCEPTS INC ATTN: RONALD DYER 102 SUNSET DRIVE GALLUP NM 87301 87301 | 9.48 | 06/25/2013 |
| [99-43232 -hjb](#) 7351179 | TLM INDUSTRIES-SC 2745 WEST 5TH NORTH SUMMERVILLE SC 29483 29483 | 682.26 | 06/25/2013 |

**Grand Total: 123,883.81**