# FRIEDRICH - WILHELM ZSCHIETZSCHMANN

Napa, 6.th of September 2013

To whom it may concern

I am revoking all applications issued on my behalf from Keys Research to the Court and that I acknowledge DILKS + KNOPIK LLC as my representative handling my case

Friedrich-Wilhelm Zschietzschmann

923 MARINA DRIVE
NAPA, CALIFORNIA - 94559
USA

E-MAIL FWZ@ZINTL.COM

WETTENBERGERWEG 1
35398 - GIESSEN
GERMANY

Please print

**From:** Fritz Zschietzschmann [mailto:fwz@zintl.com]
**Sent:** Friday, September 06, 2013 12:01 PM
**To:** Brian Baguhn (bbaguhn@dilksknopik.com)
**Subject:** Keys research

Hi Brian,

I am back in Napa now and I will send out the letter to you indicating :

That I am revoking all applications issued on my behalf from Keys Research to the court and that I acknowledge Dilks & Knopik as my reprehensive handling my case.

I will sign the letter and date and send to your attention.

Regards,

*[signature]*

Friedrich – Wilhelm Zschietzschmann

923 Marina Drive

NAPA CA. 94559

*[handwritten: Napa, September 6th 2013]*

Tel 707 – 253 - 8225

# DILKS & KNOPIK, LLC

"When Success Matters"

September 10, 2013

United State Bankruptcy Court
District of Massachusetts
Attn: Financial Administrator
John W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

RE: Application for the Release of Unclaimed Funds

Dear Financial Administrator:

Please see this letter withdrawing Charlene J. Keys of Keys Research application for unclaimed funds filed on 07/22/2013 docket #679, This is regarding unclaimed monies due and owing to Z-INTERNATIONAL for the amount of $2,852.05. This is from the Bankruptcy of UDI Corp. and Case No. 99-43232 -hjb.

Thank you for your attention to this matter.

Sincerely,

Brian J. Dilks
Managing Member

35308 SE Center ST
Snoqualmie, WA 98065

Phone (425) 836-5728
Fax   (877) 209-8249
Email admin@dilksknopik.com

www.dilksknopik.com