# Friedrich - Wilhelm Zschietzschmann

09/27/2013 THE REQUEST TO SUBSTITUTE DILKS & KNOPIK, LLC FOR KEYS RESEARCH IS DENIED. THERE IS NO EVIDENCE THAT KEYS RESEARCH HAS WAIVED ITS CLAIM TO THE FUND.

Napa, 6. H of September 2013

To whom it may concern

I am revoking all applications issued on my behalf from Keys Research to the Court and that I acknowledge DILKS + KNOPIK 22< as my representative handling my case

Friedrich-Wilhelm [signature]

---

923 Marina Drive
Napa, California - 94559
USA

E-Mail fwz@zintl.com

Wettenbergerweg 1
35398 - Giessen
Germany