## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

```
------------------------------------------------   *
In re:                                             :
                                                   :    BK No. 99-43232 -hjb
            UDI Corp.                              :    Chapter 7
                                                   :
            Debtor(s)                              :
------------------------------------------------   *
```

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

It appearing that the funds from the uncashed dividend check in the amount of $10,324.39 payable to LABELON, a creditor in this case, were deposited in the Unclaimed Funds account of the Court, and that the proper recipient for said funds has now been located by the Bankruptcy Estate of Labelon Corporation,

IT IS HEREBY ORDERED that the Clerk of the Bankruptcy Court shall disburse said funds on deposit with the Treasury of the United States to the claimant herein in the amount specified above and mailed to:

> Labelon Corporation
> c/o Dilks & Knopik, LLC
> 35308 SE Center St
> Snoqualmie, WA 98065

Entered:

_____
Bankruptcy Judge

Dated: 10/16/13

So Ordered:

_____
Deputy Clerk