United States Bankruptcy Court
District of Massachusetts

In re ) Case No. 99-43232 HJB
) Chapter 7
UDI Corporation )
)
Debtor )

ORDER RE: PETITON FOR THE PAYMENT OF UNCLAIMED FUNDS

**DENIED.** There is no evidence that Plan Hold Corporation of Irvine, California is the same company that now appears to operate in the State of New York.

Ordered:

_____
U.S. Bankruptcy Judge

Dated: 11/19/13

Entered:

_____
Deputy Clerk